UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRESERVATION SOCIET OF<br>NEWPORT COUNTY,<br>424 Bellevue Ave.<br>Newport, RI 02849,<br><br>    Plaintiff,<br><br>    v.<br><br>DEB HAALAND, in her official capacity as<br>Secretary of the Interior, U.S. Department<br>Of the Interior<br>1849 C St., N.W.<br>Washington, DC 20240; and<br><br>U.S. DEPARTMENT OF THE INTERIOR,<br>1849 C St., N.W.<br>Washington, DC 20240; and<br><br>BUREAU OF OCEAN<br>ENERGY MANAGEMENT,<br>1849 C St., N.W.<br>Washington, DC 20240,<br><br>    Defendants. | Case No. 1:23-cv-03513 |

**RESPONSE TO MINUTE ORDER DATED DECEMBER 7, 2023**

Plaintiff Preservation Society of Newport County received a DCD_ECF notice of a Minute Order that the Court requested our position regarding the Motion to Intervene by proposed intervenor Revolution Wind, LLC.

In accordance with the Court's instruction, we do not intend to oppose the Motion. Plaintiff denies various allegations contained in the Proposed Answer and reserves the right to respond at the appropriate time if the Court grants the Motion to Intervene.

Respectfully submitted,

<u>/s/ Jessica R. G. Krauss, Bar No. VA162</u>
CULTURAL HERITAGE PARTNERS, PLLC
2101 L Street NW; Ste. 300
Washington, DC 20037
Tel: (202) 567-7594
Email: jessica@culturalheritagepartners.com


Dated: December 7, 2023
