IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRESERVATION SOCIETY OF
NEWPORT COUNTY,

    *Plaintiff,*

v.

DEB HAALAND, Secretary of the Interior;
U.S. DEPARTMENT OF THE INTERIOR;
BUREAU OF OCEAN ENERGY MANAGEMENT,

    *Defendants,*

and

REVOLUTION WIND, LLC,

    *Proposed Defendant-Intervenor*

Case No.: 1:23-cv-03513-RCL

## [PROPOSED] ORDER GRANTING MOTION TO INTERVENE

Upon consideration of the Motion to Intervene filed by Revolution Wind, LLC ("Defendant-Intervenor"), the relevant briefing and legal authorities, and the other submissions before this Court,

**IT IS HEREBY ORDERED** that Defendant-Intervenor's Motion to Intervene as of right under Federal Rule of Civil Procedure 24(a) is GRANTED.

**SO ORDERED** on this 8th day of December, 2023.

_____
Honorable Royce C. Lamberth
United States District Judge