**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PRESERVATION SOCIETY OF
NEWPORT COUNTY,

*Plaintiff,*

v.

DEB HAALAND, Secretary of the Interior;
U.S. DEPARTMENT OF THE INTERIOR;
BUREAU OF OCEAN ENERGY MANAGEMENT,

*Defendants,*

and

REVOLUTION WIND, LLC,

*Defendant-Intervenor*

Case No.: 1:23-cv-03513-RCL

**[~~PROPOSED~~] ORDER GRANTING MOTION TO CONSOLIDATE**

Upon consideration of the Motion to Consolidate filed by Revolution Wind, LLC ("Defendant-Intervenor"), and the relevant briefing and legal authorities,

**IT IS HEREBY ORDERED** that Defendant-Intervenor's Motion to Consolidate *Preservation Society of Newport County v. Haaland*, Case No. 1:23-cv-03513-RCL (D.D.C.), and *Southeast Lighthouse Foundation v. Haaland*, Case No. 1:23-cv-03515-RCL (D.D.C.), under Federal Rule of Civil Procedure 42(a) and Local Civil Rule 40.5(d) is GRANTED.

**SO ORDERED** on this 21st day of December, 2023.

Royce C. Lamberth
Honorable Royce C. Lamberth
~~United States~~ District Judge