## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**PRESERVATION SOCIETY OF NEWPORT COUNTY**, *et al.*,

    *Plaintiffs,*

**v.**

**DEB HAALAND**, in her official capacity as Secretary of the Interior, U.S. Department of the Interior, *et al.*,

    *Defendants,*

and

**REVOLUTION WIND, LLC,**
    *Defendant-Intervenor.*

**Case No. 1:23-cv-3513-RCL**
**Case No. 1:23-cv-3515-RCL**
**(consolidated)**

### ORDER

Actions for review on an administrative record are exempt from typical scheduling orders. LCvR 16.3(b)(1). Therefore, the Court **ORDERS** the parties to meet and confer and to submit a joint report within fifteen days proposing a schedule for briefing dispositive motions and for filing the administrative record.

    **IT IS SO ORDERED.**

Date: 2/9/24

Royce C. Lamberth
United States District Judge