UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY, and SOUTHEAST LIGHTHOUSE FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEB HAALAND, in her official capacity as the Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT,<br><br>*Defendants*,<br><br>and<br><br>REVOLUTION WIND, LLC,<br><br>*Defendant-Intervenor*. | Case No.: 1:23-cv-03513-RCL |

**JOINT REPORT AND PROPOSED LITIGATION SCHEDULE**

On February 12, 2024, the Court ordered the Preservation Society of Newport County and Southeast Lighthouse Foundation ("Plaintiffs"), Deb Haaland, United States Department of the Interior, and Bureau of Ocean Energy Management ("Federal Defendants"), and Defendant-Intervenor Revolution Wind, LLC (collectively, "the Parties") to submit a joint report proposing a schedule for briefing dispositive motions and filing the administrative record. The Parties have conferred and reached agreement on a proposed schedule for resolving this case through cross-motions for summary judgment and respectfully submit the following proposed litigation schedule.

- Federal Defendants to serve administrative record (AR) on the other parties and file the AR index pursuant to Local Rule 7(n) by **June 11, 2024**.

- Plaintiffs will notify Federal Defendants of any issues regarding completeness of the administrative record and whether Plaintiffs intend to seek the admission of extra record evidence by **July 9, 2024**.

1

- If the Parties are unable to resolve issues related to the AR's completeness or extra-record evidence, any motion to supplement or complete the AR shall be filed by **July 16, 2024**.

- Responses to any motion to supplement or complete the AR shall be filed by **July 31, 2024.**

- Replies in support of any motion to supplement or complete the AR shall be filed by **August 7, 2024.**

- Plaintiffs will file a motion for summary judgment by **September 6, 2024.**

- Federal Defendants will file a combined brief opposing Plaintiffs' motion for summary judgment and cross-moving for summary judgment by **October 7, 2024.**

- Defendant-Intervenor Revolution Wind, LLC, will file a combined brief opposing Plaintiffs' motion for summary judgment and cross-moving for summary judgment by **October 7, 2024.**

- Plaintiffs will file a combined brief opposing Federal Defendants' and Defendant-Intervenor Revolution Wind's motions for summary judgment and replying in support of Plaintiffs' motion for summary judgment by **October 28, 2024.**

- Federal Defendants will file a reply brief of no more than 30 pages in support of their summary judgment motion by **November 18, 2024.**

- Defendant-Intervenor Revolution Wind will file a reply brief in support of its summary judgment motion by **November 18, 2024.**

- The Parties will provide the Court with an appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in the Parties' summary judgment briefs by **December 4, 2024**.

Respectfully Submitted:  February 27, 2024

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

 /s/ Matthew Marinelli
MATTHEW MARINELLI, IL Bar No. 6277967
Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 305-0293
Fax: (202) 305-0275

matthew.marinelli@usdoj.gov

*Attorney of Record for the Federal Defendants*

*/s/ William J. Cook* by */s/ Matthew Marinelli* pursuant to written authorization on February 27, 2024
William J. Cook, Bar No. SC0009
Jessica R. G. Krauss, Bar No. VA162
CULTURAL HERITAGE PARTNERS, PLLC
2101 L Street NW; Ste. 300
Washington, DC 20037
Tel: (202) 567-7594
Email: will@culturalheritagepartners.com
Email: jessica@culturalheritagepartners.com

*Attorneys for Plaintiffs*

*/s/ Stacey L. VanBelleghem* by */s/ Matthew Marinelli* pursuant to written authorization on February 27, 2024
Janice M. Schneider (D.C. Bar No. 472037)
Stacey L. VanBelleghem (D.C. Bar No. 988144)
Devin M. O'Connor (D.C. Bar No. 1015632)
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: janice.schneider@lw.com
stacey.vanbelleghem@lw.com
devin.o'connor@lw.com

*Counsel for Defendant-Intervenor Revolution Wind, LLC*

## Certificate of Service

I hereby certify that on this 27th day of February, 2024 a copy of the foregoing Joint Report and Proposed Litigation Schedule was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 */s/ Matthew Marinelli*
MATTHEW MARINELLI