UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRESERVATION SOCIETY OF
NEWPORT COUNTY, *et al.*,

    *Plaintiffs,*

v.

DOUG BURGUM, *et al.*,

    *Federal Defendants,*

and

REVOLUTION WIND, LLC,

    *Defendant-Intervenor.*

Case No. 1:23-cv-3513-RCL
Case No. 1:23-cv-3515-RCL

## ORDER

The Court understands that on August 22, 2025, the Bureau of Ocean Energy Management (BOEM) issued an order to Revolution Wind, LLC to "halt all ongoing activities related to the Revolution Wind Project." *See* Letter from Matthew N. Giacona, Acting Director, Bureau of Ocean Energy Management (Aug. 22, 2025), https://www.boem.gov/sites/default/files/documents/renewable-energy/Director%26%23039%3BsOrder-20250822.pdf?VersionId=VO3AWAHsV_kDvT048xf8dG7A.Rsj6HZJ. The parties are ordered to file a Joint Status Report no later than September 10, 2025, detailing what effect if any this action has on the parties' claims, including justiciability.

IT IS SO ORDERED.

Date: 9/28/25

Royce C. Lamberth
United States District Judge