UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PRESERVATION SOCIETY OF NEWPORT COUNTY and SOUTHEAST LIGHTHOUSE FOUNDATION,<br><br>   *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>   *Federal Defendants*,<br><br>and<br><br>REVOLUTION WIND, LLC,<br><br>   *Defendant-Intervenor.* | Case No. 1:23-cv-3513-RCL<br>Case No. 1:23-cv-3515-RCL |

## JOINT STATUS REPORT

Pursuant to the Court's August 28, 2025 Order, Dkt. No. 67, the parties submit this joint status report. The parties agree that Interior's August 22, 2025 stop work order does not at this point have any legal impact on Plaintiffs' claims, including with respect to justiciability. Plaintiffs and Federal Defendants reserve the right to seek appropriate relief in the future should the outcome of Interior's ongoing review impact this case.

**Plaintiffs' Separate Statement:**

The pending appeals are presently justiciable. However, if the Bureau of Ocean Energy Management (BOEM) remands Revolution Wind's permit to re-evaluate the agency's compliance with federal law in accordance with the Director's Order of August 22, 2025, which suspends Revolution Wind's activities "to allow time for [BOEM] to address concerns that have arisen during the review that the [Department of the Interior] is undertaking pursuant to the

President's Memorandum of January 20, 2025.  90 Fed. Reb. 8363 (Jan. 29, 2025)," several outcomes that could affect justiciability are possible:

- Revolution Wind's permit could be modified to address the issues raised on appeal, in which case the appeal could become moot.

- Revolution Wind's permit could be modified to address new concerns, which may or may not affect mootness.

- BOEM could vacate or revoke Revolution Wind's permit, which would moot the issues raised on appeal.

- BOEM could allow Revolution Wind to move forward if it determines that the agency's review was sufficient, which would preclude mootness concerns.

**<u>Defendant-Intervenor's Separate Statement</u>**:

On September 4, 2025, Defendant-Intervenor Revolution Wind, LLC ("Revolution Wind") filed an action for emergency injunctive relief and to vacate and set aside the August 22, 2025 stop work order as unlawful.  *Revolution Wind, LLC v. Burgum*, No. 1:25-cv-02999-RCL (D.D.C).  Although Revolution Wind agrees with the parties that the stop work order does not have any legal impact on Plaintiffs' claims, Revolution Wind disagrees with Plaintiffs' statement that Plaintiffs' claims are justiciable.  As explained in the pending briefing, Dkt. Nos. 49, 55, Plaintiffs have failed to meet their burden to demonstrate standing.  Moreover, Plaintiffs' list of hypothetical scenarios regarding BOEM's stop work order is highly speculative and premature.  To the extent that Plaintiffs or Federal Defendants seek other relief in the future, Revolution Wind reserves the right to oppose any such relief.

Dated: September 10, 2025

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        Environment & Natural Resources Division

        *s/ Amanda K. Rudat*
        AMANDA K. RUDAT
        Trial Attorney
        Natural Resources Section
        United States Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044
        202-532-3201
        amanda.rudat@usdoj.gov

        *Counsel for Federal Defendants*

        */s/ William J. Cook*
        William J. Cook, Bar No. SC0009
        Gregory A. Werkheiser, Bar No. VA210
        CULTURAL HERITAGE PARTNERS, PLLC
        2101 L St. NW; Ste. 300
        Washington, DC 20037
        (202) 567-7594
        will@culturalheritagepartners.com
        greg@culturalheritagepartners.com

        *Counsel for Plaintiffs Preservation Society of Newport County and Southeast Lighthouse Foundation*

        */s/ Janice M. Schneider*
        Janice M. Schneider (D.C. Bar No. 472037)
        Stacey L. VanBelleghem (D.C. Bar No. 988144)
        Devin M. O'Connor (D.C. Bar No. 1015632)
        LATHAM & WATKINS LLP
        555 11th Street NW, Suite 1000
        Washington, D.C. 20004
        Tel:  (202) 637-2200
        Fax:  (202) 637-2201
        Email: janice.schneider@lw.com
               stacey.vanbelleghem@lw.com
               devin.o'connor@lw.com

        *Counsel for Defendant-Intervenor Revolution Wind, LLC*